Errol H. Stambler, Esq.
10880 Wilshire Blvd., Suite 1050
Los Angeles, California 90024

O: (310) 473-4525
F: (310) 475-8187
Email: estambler@msn.com

California State Bar Number: 58374

Party for: **L. Scott Robinson**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| PLAINTIFF, ) | CASE NO.: CR 07-755-DDP |
| V. ) | POSITION PAPER |
| L. SCOTT ROBINSON, ) | Date: April 22, 2010 |
| ) | Time: 8:30 A.M. |
| DEFENDANT. ) | |

TO THIS HONORABLE COURT:

The defendant, L. Scott Robinson, through his attorney of record, Errol H. Stambler, hereby files their Position Paper.

Dated: April 7, 2010          Respectfully submitted,

                                                    _____
                                                    Errol H. Stambler
                                                    Attorney for L. Scott Robinson

1

| | |
|---|---|
| 1 | MEMORANDUM |

PSR

The calculations within the Pre Sentence Report track the Plea Agreement and therefore there are no objections to such.

3553(a) Factors

Mr. Robinson entered a plea early in this matter - February 22, 2008. The court had set bond and Mr. Robinson has been out of custody since posting such bond. He had spent the first 20 days in custody.

In light of the sentences that have been imposed [for Mr. Grasso, who went to jury trial and was convicted and did not cooperate with the Government, the sentence imposed was 12 months and 1 day. Ms. Rizk, who also went to jury trial and - according to the facts brought my client a junior appraiser who was learning the trade into this scheme - was sentenced to 36 months in custody] it is requested that Mr. L. Scott Robinson be sentenced to either probation or to Home Confinement.

The compelling reason is that - unlike the numerous others in this case - Mr. Robinson focus was on a few properties that he signed off on that were created and appraised by Ms. Rizk. The Government states on page 8 of their position paper as to Ms. Rizk: "The phoney appraisals in her name and those that she ghost-wrote for Robinson fraudulently supported the bogus loan applications that DPF submitted to lenders."

As the Government further noted in its footnote #3 on page 8 of their response to the defendant's Rizk sentencing memorandum:

> Rizk brought Robinson into the DPF fraud scheme. Robinson was indicted with Rizk, and pled guilty well before trial in this case. Robinson also awaits sentencing from this Court for his involvement here. However, Rizk is responsible for

1  inducing Robinson to participate in the mortgage fraud; she truly
2  put Robinson in harm's way here.
3   As stated in the addendum letter (page 4) by the probation officer notes, "It
4  was also while Robinson was involved in the offense that he separated from his wife
5  and later divorced. He went on to raise his children essentially as a single parent with
6  intermittent financial assistance from their mother."
7  Mr. Robinson clearly stated :
8  I am responsible for my actions and blame no one else but
9  myself for my situation. I should have realized what was
10 different than normal in these appraisals; and stopped working
11 for this group.
12 Mr. Robinson has done everything to atone for his criminal conduct. The court
13 has placed trust in him by permitting him to travel both on business and to unite with
14 his future wife.  The court can also trust that Mr. Robinson will not be  recidivous to
15 this court. He will complete his probationary period and, as he has over this period of
16 time, continue to contribute to society. He is currently rasing his two sons as a single
17 parent and has plans to marry.

Dated: April 8, 2010

Respectfully submitted,

_____
Errol H. Stambler
Attorney for Mr. Robinson

3